STATE OF NORTH CAROLINA v. DALE OLIVER

No. 7312SC523

(Filed 27 June 1973)

**Criminal Law § 23— guilty plea**

Defendant's plea of guilty to a charge of distributing heroin was entered freely, understandingly and voluntarily.

ON *certiorari* to review the trial of defendant, Dale Oliver, before *Clark, Judge,* 30 October 1972 Session of Superior Court held in CUMBERLAND County.

*Attorney General Robert Morgan and Assistant Attorney General Charles M. Hensey for the State.*

*Sol G. Cherry, Public Defender, for defendant appellant.*

HEDRICK, Judge.

The record affirmatively shows that the defendant, represented by the Public Defender, freely, understandingly and voluntarily entered a plea of guilty to a bill of indictment, proper in form, charging him with the distribution of the narcotic drug heroin to Brian Twiddy. The judgment imposing a prison sentence of four (4) years is within the limits prescribed by statute for the offense charged. The judgment is

Affirmed.

Judges BROCK and VAUGHN concur.